IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No.: 5:22-cv-00513-BO

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| JOSEPH M. KAYLOR, EASTERN FABRICATORS, LLC and FREDERICK BRUNSON, | ) ) ) ) |
| Defendants. | ) ) |

## ORDER DISMISSING THE ENTIRETY OF THE LAWSUIT

**THIS MATTER IS BEFORE THE COURT** on a Joint Motion to Dismiss [D.E. 16]. Having carefully considered the motion, the undersigned finds that dismissal is appropriate pursuant to Federal Rules of Civil Procedure Rule 41(a)(2).

**IT IS, THEREFORE, ORDERED** that Joint Motion to Dismiss [D.E. 16] is **GRANTED**.

**SO ORDERED.**

*/s/ Terrence Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE